UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ") | |
| | ) | NO. 3:14-00007 |
| v. | ) | JUDGE SHARP |
| | ) | |
| EDWARD MANOOKIAN[1] | ) | |
| BRIAN MANOOKIAN [2] | ) | |
| KAREN MANOOKIAN [3] | | |

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE