UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00007 |
| | ) | JUDGE CAMPBELL |
| EDWARD MANOOKIAN, et al. | ) | |

ORDER

Pending before the Court is Defendants' Joint Motion To Continue Arraignment, Cancel Status Conference and Set Matter For Guilty Plea (Docket No. 36). Through the Motion, the three Defendants request that the Court: (1) continue the arraignment and waiver of grand jury action set for February 23, 2015 to February 24, 2015; (2) cancel the status conference set for February 23, 2015; and (3) set the matter for a joint guilty plea hearing on February 24, 2015. The Motion indicates that the Government does not object to the requests.

The Motion is GRANTED in part, and DENIED in part. The status conference set for February 23, 2015 is cancelled. The Court will hold a change of plea hearing for the three Defendants on February 24, 2015, at 1:00 p.m. Any proposed plea agreements shall be submitted to the Court on or before February 20, 2015. The Defendants' request to continue the hearing set for arraignment and waiver of grand jury action should be directed to the Magistrate Judge; provided, however, that any such hearing shall be held before the Magistrate Judge prior to the time set for the change of plea hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE