UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00007 |
| | ) | JUDGE CAMPBELL |
| EDWARD MANOOKIAN | ) | |

## ORDER

Due to the weather, the plea hearing currently scheduled for March 5, 2015, is RESCHEDULED for March 11, 2015, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE